J-A12031-20

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TIMOTHY PAUL WESLEY | : | |
| | : | |
| Appellant | : | No. 266 WDA 2019 |

Appeal from the Judgment of Sentence Entered January 16, 2019,
in the Court of Common Pleas of Allegheny County,
Criminal Division at No(s): CP-02-CR-0014490-2013.

BEFORE:   KUNSELMAN, J., KING, J., and COLINS, J.[*]

JUDGMENT ORDER BY KUNSELMAN, J.:          **FILED JULY 22, 2020**

Timothy Paul Wesley appeals from his judgment of sentence after the court below ("VOP court") revoked his probation.

In its 1925(a) opinion, the VOP court requested that the judgment of sentence be vacated.  Specifically, the VOP court agrees with Wesley that it improperly admitted progress reports and notes from a Tennessee probation officer, who was not present in court, as evidence of Wesley's violation of his probation.  Such hearsay evidence, without good cause shown, precluded Wesley from confronting the Tennessee probation officer, and should not have been admitted.  ***See generally Commonwealth v. Allhouse***, 969 A.2d 1236, 1241 (Pa. Super. 2009).  Furthermore, this error was not harmless since

_____

[*] Retired Senior Judge assigned to the Superior Court.

this was the only evidence offered to establish that Wesley violated the terms of his probation.

Additionally, Wesley's challenge to his sentence, based upon the VOP court's failure to determine his eligibility for RRRI, is moot.

The Commonwealth agrees with Wesley and the VOP court.

Judgment of sentence vacated. Case remanded for new VOP hearing.

Jurisdiction relinquished.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 7/22/2020